UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

In re: ) 
    GAYLON JAY TOLES ) 
                                   ) Case No. 09-13747
    Debtor. ) Chapter 13

## OBJECTION TO CHAPTER 13 PLAN

COMES NOW, Century Financial Group, LLC, by and through their attorney, Randy L. Goodman and objects to the proposed plan in the following particulars, to-wit:

1. Century Financial Group, LLC has a perfected security interest in a 2007 Chevrolet Malibu 4-Door Sedan, VIN 1G1ZS58F37F223219. (The Lien Entry is attached as Exhibit "1".)

2. There is a principal balance of $10,346.06. (See Exhibit "2").

3. The Retail Installment Sales Contract and Security Agreement was signed by Gaylon J. Toles with an interest rate of 21%. (See Exhibit "3").

4. The Plan provides for an allowed secured claim of $8825.00.

5. The Plan does not provide for an adequate or bona fide value of the subject vehicle.

RANDY L. GOODMAN, OBA#11091
P.O. BOX 1218
NICOMA PARK, OK 73066
(405) 769-7990
FAX 769-7970
Attorney for Creditor

| | | |
|---|---|---|
| TOLES GAYLON<br>2615 FONSHILL<br>OKC OK 73111 | HUDIBURG CHEVROLET, INC.<br>6000 TINKER DIAGONAL<br>MIDWEST CITY OK 73110 | MOTOR LICENSE AGENT USE ONLY<br>DATE L.E.F. RECEIVED: 3/14/08   TIME RECEIVED: 10:00 AM |

**THIS LIEN ENTRY FORM COVERS THE FOLLOWING VEHICLE**

| DATE OF SECURITY AGREEMENT | ORIGINAL OKLAHOMA TITLE NO | VEHICLE IDENTIFICATION NO. (V.I.N.) |
|---|---|---|
| 03/08/2008 | | 1G1ZS58F37F223219 |

| MODEL YEAR | MAKE & MODEL | BODY TYPE |
|---|---|---|
| 2007 | CHEVROLET MALIBU | 4 DOOR SEDAN |

RECEIPT NUMBER: 080745569A5940

MOTOR LICENSE AGENT (Identification/Signature): KENNETH R NEWEY 5569

**FOR SECURED PARTY USE-WHEN LIEN RELEASED ONLY**

DATE LIEN RELEASED............ AUTHORIZED BY..........

ASSIGNEE OF SECURED PARTY & ADDRESS

☐ RELEASE MAILED TO OKLA. TAX COM. (DATE)........ BY ☐ FIRST CLASS MAIL  ☐ CERTIFIED MAIL

CENTURY FINANCIAL GROUP LLC
229 SOUTH BROADWAY
MOORE OK 73160

☐ RELEASE MAILED/DELIVERED TO DEBTOR ON......... BY ☐ FIRST CLASS MAIL  ☐ CERTIFIED MAIL
ENCLOSURES ☐  PAID NOTE ☐    ☐ DELIVERED IN PERSON

I have completed the above tasks. (SIGN).........

**ENCLOSURES**
- CERTIFICATE OF TITLE
- APPLICATION FOR TITLE
- MANUFACTURER'S STATEMENT OF ORIGIN (M.S.O)
- FEE

**SECURED PARTY/ASSIGNEE SIGNATURES**

BY [signature]

DATE EXECUTED: 03/08/2008

LIEN ENTRY FORM - MOTOR VEHICLE - OKLAHOMA   Form Approved By Okla. Tax Commission 7-95   FORM 21

COPY 1: SECURED PARTY MASTER FILE-M.L.A. PROCESSES & RETURNS TO SECURED PARTY   1-800-356-9906

Exhibit "1"

OKLAHOMA Oklahoma City OK 73111
Years  Own No  Rent No

No Account History Information Available.

No NSF Information Available.

## Payment Section

| Receipt Number | Date Paid | Principal Paid | Interest Paid | Fees Paid | Total Paid | Late Fee Owed | Late Fee Waved | By Employee | Payment Type | Days Late | Principal Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 48574 Check #: 1287 | 04/28/2008 | 58.78 | 332.22 | 9.00 | 400.00 | 0.00 | 10.00 | DLH | K | 6 | 13150.22 |
| 49013 Check #: 1213 | 05/30/2008 | 183.48 | 207.52 | 19.00 | 410.00 | 0.00 | 0.00 | DLH | K | 8 | 12966.74 |
| 49439 Check #: 1292 | 06/30/2008 | 192.77 | 198.23 | 9.00 | 400.00 | 0.00 | 10.00 | DLH | K | 8 | 12773.97 |
| 49884 Check #: 1215 Note: cdr | 07/30/2008 | 206.02 | 188.98 | 5.00 | 400.00 | 0.00 | 14.00 | CDR | K | 8 | 12567.95 |
| 50328 Note: dlh | 08/29/2008 | 205.06 | 185.94 | 19.00 | 410.00 | 0.00 | 0.00 | ATT | C | 7 | 12362.89 |
| 50795 Note: cdr | 10/03/2008 | 172.61 | 213.39 | 14.00 | 400.00 | 0.00 | 5.00 | ATT | C | 11 | 12190.28 |
| 51055 Note: cdr | 10/24/2008 | 264.76 | 126.24 | 0.00 | 391.00 | 0.00 | 0.00 | ATT | C | 2 | 11925.52 |
| 51410 Note: cdr | 11/21/2008 | 226.33 | 164.67 | 0.00 | 391.00 | 0.00 | 0.00 | ATT | C | -1 | 11699.19 |
| 51795 Note: dlh | 12/26/2008 | 198.07 | 201.93 | 0.00 | 400.00 | 0.00 | 19.00 | ATT | C | 4 | 11501.12 |
| 52154 Note: cdr | 01/23/2009 | 232.19 | 158.81 | 0.00 | 391.00 | 0.00 | 0.00 | ATT | C | 1 | 11268.93 |
| 52483 Note: dlh | 02/20/2009 | 235.40 | 155.60 | 0.00 | 391.00 | 0.00 | 0.00 | ATT | C | -2 | 11033.53 |
| 52807 Note: cdr | 03/23/2009 | 222.32 | 168.68 | 0.00 | 391.00 | 0.00 | 0.00 | ATT | C | 1 | 10811.21 |
| 53113 Note: cdr | 04/24/2009 | 220.39 | 170.61 | 0.00 | 391.00 | 0.00 | 0.00 | ATT | C | 2 | 10590.82 |
| 53364 Note: dlh | 05/22/2009 | 244.76 | 146.24 | 0.00 | 391.00 | 0.00 | 0.00 | ATT | C | 0 | 10346.06 |

### Payment Totals

| | Total Paid | Total Payment | Principal Paid | Interest Paid | Late Fee Paid | NSF Fees + Taxes | Late Fee Owed | Late Fee Waved |
|---|---|---|---|---|---|---|---|---|
| Gross Totals | 5557.00 | 5482.00 | 2862.94 | 2619.06 | 75.00 | 0.00 | 0.00 | 58.00 |

Exhibit "2"

# RETAIL INSTALLMENT SALES CONTRACT - SIMPLE INTEREST

**BUYER(S) NAME & ADDRESS:**
TOLES GAYLON
2615 FONSHILL
PO BOX 11611
OKC OK 73111

**SELLER:**
HUDIBURG CHEVROLET, INC.
6000 TINKER DIAGONAL
MIDWEST CITY OK 73110

**DATE OF SALE:** MARCH 24, 2008

## DISCLOSURES

| 1. ANNUAL PERCENTAGE RATE | 2. FINANCE CHARGE | 3. AMOUNT FINANCED | 4. TOTAL OF PAYMENTS | 5. TOTAL SALES PRICE |
|---|---|---|---|---|
| The cost of the credit as a yearly rate. | The dollar amount the credit will cost. | The amount of credit provided to Buyer or on his behalf as itemized below. | The amount Buyer will have paid after Buyer has made all payments as scheduled. | The total cost of the purchase on credit, including Buyer's down payment of $2000.00 |
| 18.00 % | $5547.48 | $13209.00 | $18756.48 | $20756.48 |

## PAYMENT SCHEDULE

| NO. OF REGULAR PAYMENTS | AMOUNT OF PAYMENTS | | |
|---|---|---|---|
| | Regular | Plus a Final Payment | |
| 47 | $390.76 | $390.76 | |
| FREQUENCY OF PAYMENTS | | DUE DATE OF PAYMENTS | |
| Monthly | First Payment 04/22/2008 | Final Payment 03/22/2012 | |

**Prepayment:** If Buyer pays off early, Buyer will not have to pay a penalty.
**Late Charge:** If a payment is late, Buyer will be charged a fee of $20.50 or 5% of the unpaid amount of the payment, whichever is greater.

## SECURITY/COLLATERAL

USED 2007 CHEVROLET MALIBU 4 DOOR SEDAN
1G1ZS58F37F223219

## ITEMIZATION OF AMOUNT FINANCED

| | | |
|---|---|---|
| $14890.00 | 1. CASH PRICE | |
| $2000.00 | 2. Cash Down Payment | |
| N/A | 3. Manufacturer's Rebates | |
| N/A | 4. Trade-in | |
| N/A | 5. Payoff Balance on Trade-in | |
| N/A | 6. Net Allowance on Trade-in | |
| $2000.00 | 7. Total Cash Down and Net Trade | |
| $2000.00 | 8. Total Down Payment | |
| $12890.00 | 9. Unpaid Balance of Cash Price | |
| N/A | 10. Credit Life Insurance Premium | |
| N/A | 11. Disability Insurance Premium | |
| N/A | 12. Other Insurance Premiums | |
| $10.00 | 13. Filing and Releasing Fees to Public Officials | |
| N/A | 14. License, Title and Registration | |
| N/A | 15. Service Contract | |
| $199.00 | 16. Processing Fee | |
| N/A | 17. | |
| $110.00 | 18. VSI | |
| $319.00 | 19. Total Amount Paid to Others on Behalf of Buyer | |
| | 20. Less Prepaid Finance Charge | |
| $13209.00 | 21. AMOUNT FINANCED | |

**CREDITOR/ASSIGNEE:**
CENTURY FINANCIAL GROUP LLC
229 SOUTH BROADWAY
MOORE OK 73160

## INSURANCE STATEMENT

CREDIT LIFE, ACCIDENT AND HEALTH INSURANCE are not required to obtain this extension of credit...

Life Insurance for ☐ Buyer ☐ Co-Buyer
Cost: $ N/A
Accident and Health Insurance for ☐ Buyer ☐ Co-Buyer
Cost: $ N/A

Buyer ☐ desires insurance checked above
☒ does not desire the insurance
X Gaylon Jay Toles   Date

Co-Buyer ☐ desires insurance checked above
XX does not desire the insurance
X   Date

**VENDOR'S SINGLE INTEREST AND/OR OTHER PROPERTY INSURANCE**
☐ Property Insurance   $ N/A
☒ Vendor's Single Interest Insurance   $110.00

## BUYER(S) SIGNATURES

The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.

X Gaylon Jay Toles
X

Exhibit "3"